ACCEPTED
03-14-00818-CR
4962246
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 11:29:14 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00818-CR

| | | |
|---|---|---|
| **CLINTON DAVID BECK** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 11:29:14 AM
JEFFREY D. KYLE
Clerk

## STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Improper Relationship Between Educator and Student and Online Solicitation of a Minor on April 13, 2011 in the 207th Judicial District Court of Comal County. After pleading guilty to Count II, Improper Relationship Between Educator and Student, the trial court sentenced Appellant to ten years confinement and suspended the sentence for a period of ten years. Appellant was also required to forfeit his teaching license and not apply for any future teaching license in the United States. On September 4, 2014, Appellant filed an Application for Writ of Habeas Corpus under article 11.072 of the Texas Code of Criminal Procedure. After the trial court denied the Application, Appellant

1

appealed. Appellant's brief was submitted on March 20, 2015. Appellee's brief is currently due on April 20, 2015.[1]

## II.

I am handling the appeal for the State in this case. I was out of the country – performing some manual work while on vacation – from March 21st to March 30th. Upon my return I worked through the Easter weekend on another appellate brief, which I filed shortly before midnight on April 13th in 03-14-00617-CR. On that same day I filed a motion for new trial regarding orders of expunction; the trial court granted the new trial on April 14th. I have also assisted with other appeals and research questions in the office, submitted proposed findings of fact and conclusions of law to the district court, worked on expunctions, and over the past few days I have worked long hours related to a pending petition for mandamus. Finally, it appears from the Court's website that a supplemental reporter's record was filed on April 17, 2015, and I have not yet received a copy of said record. Because of the foregoing, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 30 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

---

[1] Although I attempted to file a motion for extension yesterday, efile.txcourts.gov suddenly would not allow me to manually enter a service email address for opposing counsel, and it would not pull her address up through its search function. On April 21st, tech support for the electronic filing manager stated they had removed the manual email entry function from the system.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until May 20, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant CLINTON DAVID BECK's attorney in this matter:

Terri R. Zimmermann
Terri.Zimmermann@ZLZSlaw.com
770 South Post Oak Lane, Suite 620
Houston, TX 77056
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 21st day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

4